## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| TRI-STATE JOINT FUND, on Behalf of Itself and Others Similarly Situated, | ) ) ) | Case No. 1:14-cv-6816 |
| | ) | Judge Robert W. Gettleman |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| INTEGRYS ENERGY GROUP, INC., WISCONSIN ENERGY CORPORATION, CHARLES A. SCHROCK, WILLIAM J. BRODSKY, ALBERT J. BUDNEY JR., ELLEN CARNAHAN, MICHELLE L. COLLINS, KATHRYN M. HASSELBLAD-PASCALE, JOHN W. HIGGINS, PAUL W. JONES, HOLLY KELLER KOEPPEL, MICHAEL E. LAVIN, WILLIAM F. PROTZ, JR., and GALE E. KLAPPA, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

### JOINT MOTION FOR STAY PENDING APPROVAL OF SETTLEMENT

Plaintiff Tri-State Joint Fund and Defendants Integrys Energy Group, Charles A.

Schrock, William J. Brodsky, Albert J. Budney, Jr., Ellen Carnahan, Michelle L. Collins,

Kathryn M. Hasselblad-Pascale, John W. Higgins, Paul W. Jones, Holly Keller Koeppel,

Michael E. Lavin, William F. Protz, Jr., Wisconsin Energy Corporation, and Gale E. Klappa

(collectively the "Parties"), by their undersigned counsel, respectfully request that the Court

enter an order staying this action pending the approval of a settlement in related litigation

currently pending the Milwaukee County Circuit Court in Milwaukee, Wisconsin. In support of

this Motion, the Parties state as follows:

1.      A related action arising out of the merger between Integrys Energy Group, Inc. and Wisconsin Energy Corp. (the "Proposed Acquisition") is currently pending in the Milwaukee County Circuit Court in Milwaukee, Wisconsin, captioned: *Amo v. Integrys Energy Group, et al.*, Case No. 2014CV005352 (the "*Amo* Action").

2.      On November 12, 2014, the parties in the *Amo* Action, as well as the parties in this action, entered into a memorandum of understanding ("MOU") that provides for the settlement of all pending actions arising out of the Proposed Acquisition (the "Proposed Settlement").  A true and correct copy of the MOU is attached hereto as Exhibit A.

3.      Pursuant to the MOU, Plaintiffs have agreed to seek a stay of proceedings in this action, pending the completion of confirmatory discovery and approval of the Proposed Settlement by the Milwaukee County Circuit Court.  *See* Exhibit A, at ¶¶ 6, 13.

4.      Following the entry of an order by the Milwaukee County Circuit Court approving the settlement and entering judgment dismissing the *Amo* Action, Plaintiff intends, in accord with the terms of the MOU, to seek dismissal of this action with prejudice within five business days.  *See* Exhibit A, ¶ 8, at p. 13.

WHEREFORE, the Parties respectfully request that the Court enter an order staying this action pending the approval of the Proposed Settlement in the Milwaukee County Circuit Court.

Respectfully submitted,

TRI-STATE JOINT FUND

INTEGRYS ENERGY GROUP, INC., and
INDIVIDUAL DEFENDANTS


By: /s/ Patrick H. Moran
    One of Its Attorneys

By: /s/ William J. Katt, Jr.
    One of Its Attorneys

Patrick H. Moran
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLC
55 West Monroe Street, Suite 1111
Chicago, IL 60603
Telephone: 312-984-0000
Facsimile: 312-984-0001

William J. Katt, Jr., Bar No. 6304835
FOLEY & LARDNER LLP (Firm ID 17190)
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
312-832-4525 (Direct)
312-832-4700 (Facsimile)
wkatt@foley.com

Gregory M. Nespole
Benjamin Y. Kaufman
Beth A. Landes
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016
Telephone: 212-545-4600
Facsimile: 212-545-4653

Bryan B. House
Philip C. Babler
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, Wisconsin 53202
414-271-2400 (Telephone)
414-297-4900 (Facsimile)
bhouse@foley.com

Frank R. Schirripa
David R. Cheverie
John A. Blyth
HACH ROSE SCHIRRIPA & CHEVERIE
LLP
185 Madison Avenue, 14th Floor
New York, NY 10016
Telephone: 212-213-8311
Facsimile: 212-779-0028

OF COUNSEL:

Sandra C. Goldstein
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
212-474-1075
212-474-3700 Facsimile
sgoldstein@cravath.com

3

WISCONSIN ENERGY CORPORATION


By: /s/ E. King Poor_____
    One of Its Attorneys

E. King Poor
Christopher J. Zdarsky
QUARLES & BRADY LLP (Firm ID 36566)
300 North LaSalle Street, Suite 4000
Chicago, IL 60654
312-715-5000 (Telephone)
312-715-5155 (Facsimile)
king.poor@quarles.com

OF COUNSEL:

Donald K. Schott
Matthew J. Splitek
QUARLES & BRADY LLP
33 East Main Street, Suite 900
Madison, WI 53703-3095
608-251-5000 (Telephone)
don.schott@quarles.com

5

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2014, I served true and correct copies of the

foregoing upon all parties by electronically filing same with the Pacer/ECF system.


/s/ Patrick H. Moran_____
Patrick H. Moran