## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| TRI-STATE JOINT FUND, on Behalf of Itself and All Others Similarly Situated, | ) ) ) | Case No. 1:14-cv-6816 |
| Plaintiff, | ) ) | Judge Robert W. Gettleman |
| v. | ) ) | CLASS ACTION |
| INTEGRYS ENERGY GROUP, INC., WISCONSIN ENERGY CORPORATION, CHARLES A. SCHROCK, WILLIAM J. BRODSKY, ALBERT J. BUDNEY, JR., ELLEN CARNAHAN, MICHELLE L. COLLINS, KATHRYN M. HASSELBLAD-PASCALE, JOHN W. HIGGINS, PAUL W. JONES, HOLLY KELLER KOEPPEL, MICHAEL E. LAVIN, WILLIAM F. PROTZ, JR., and GALE E. KLAPPA, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF PRESENTMENT OF JOINT MOTION FOR STAY
## PENDING APPROVAL OF SETTLEMENT

PLEASE TAKE NOTICE THAT on Thursday, November 20, 2014 at 9:15 a.m., or as soon thereafter as counsel may be heard, counsel for plaintiff Tri-State Joint Fund and Defendants Integrys Energy Group, Charles A. Schrock, William J. Brodsky, Albert J. Budney, Jr., Ellen Carnahan, Michelle L. Collins, Kathryn M. Hasselblad-Pascale, John W. Higgins, Paul W. Jones, Holly Keller Koeppel, Michael E. Lavin, William F. Protz, Jr., Wisconsin Energy Corporation, and Gale E. Klappa shall appear before Judge Robert W. Gettleman or any judge sitting is his stead, in Courtroom 1703 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, IL 60604, and there and then present their **Joint Motion for Stay Pending Approval of Settlement**, a copy of which is served upon you.

Dated: November 17, 2014            /s/ Patrick H. Moran_____
                                       Patrick H. Moran
                                       WOLF HALDENSTEIN ADLER

FREEMAN & HERZ LLC
55 West Monroe Street, Suite 1111
Chicago, IL 60603
Telephone: (312) 984-0000
Facsimile: (312) 984-0001

Gregory M. Nespole
Benjamin Y. Kaufman
Beth A. Landes
WOLF HALDENSTEIN ADLER
    FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 545-4653

Frank R. Schirripa
David R. Cheverie
John A. Blyth
HACH ROSE SCHIRRIPA &
 CHEVERIE LLP
185 Madison Avenue, 14th Floor
New York, NY 10016
Telephone: (212) 213-8311
Facsimile: (212) 779-0028

*Attorneys for Tri-State Joint Fund*

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2014, I served true and correct copies of the

foregoing upon all parties by electronically filing same with the Pacer/ECF system.


/s/ Patrick H. Moran
Patrick H. Moran