UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BENNETT R. COLLISON, Derivatively and on Behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>CHARLES A. SCHROCK, et al.,<br><br>    Defendants, | Civil Action No. 1:14-cv-07011 |
| WILLIAM STEINER, derivatively on behalf of nominal defendant INTEGRYS ENERGY GROUP, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>ALBERT J. BUDNEY, JR., et al.,<br><br>    Defendants, | Civil Action No. 1:14-cv-06509 |
| TRI-STATE JOINT FUND, on Behalf of Itself and Others Similarly Situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>INTEGRYS ENERGY GROUP, INC., et al.,<br><br>    Defendants. | Civil Action No. 1:14-cv-6816 |

## STIPULATION ORDER OF DISMISSAL WITH PREJUDICE

WHEREAS, on June 23, 2014, Integrys Energy Group, Inc. ("Integrys" or the "Company") announced that it had conditionally approved a merger agreement with Wisconsin Energy Corporation ("Wisconsin Energy") (the "Merger Agreement") pursuant to which Wisconsin Energy would acquire Integrys in return for consideration of $18.58 and 1.128 shares of Wisconsin Energy common stock for each share of Integrys common stock (the "Merger");

WHEREAS, on June 25, 2014, David Amo filed a putative class action related to the Merger in Circuit Court for Milwaukee County, Wisconsin captioned *Amo v. Integrys Energy Group, Inc. et al.*, Case No. 14-CV-5352. Thereafter, an additional putative class action and derivative lawsuit was filed in the Milwaukee County Circuit Court captioned *Inman v. Shrock [sic], et al.*, Case No. 14-CV-7289. Two additional putative class actions relating to the merger were filed in the Circuit Court of Cook County, Illinois: *Taxman v. Integrys Energy Group, Inc., et al.*, Case No. 2014CH10977 (filed July 1, 2014) and *Curley v. Integrys Energy Group, Inc., et al.*, Case No. 2014CH11508 (filed July 14, 2014) (collectively, the "Illinois Actions"). Three putative class action lawsuits relating to the Merger were filed in the Circuit Court of Brown County, Wisconsin: *Rubin v. Integrys Energy Group, Inc., et al.*, Case No. 14-CV-942 (filed June 27, 2014); *Blachor v. Integrys Energy Group, Inc., et al.*, Case No. 14-CV-987 (filed July 8, 2014); and *Albera v. Integrys Energy Group, Inc., et al.*, Case No. 2014CV1014 (filed July 11, 2014);

WHEREAS, the Illinois Actions subsequently were dismissed on motion of the Defendants in favor of the *Amo* and *Inman* actions pending in Milwaukee County Circuit Court. The *Inman* Action was consolidated with the *Amo* Action. The *Albera*

action was dismissed, and the *Rubin* and *Blachor* actions subsequently were consolidated with the *Amo* action and *Inman* action in Milwaukee County Circuit Court under the caption *Amo et al. v. Integrys Energy Group, Inc. et al.*, Case No. 14-CV-5352 (the "State Actions");

WHEREAS, three lawsuits challenging the Proposed Acquisition were filed in this Court: *Steiner v. Budney, et al.*, C.A. No. 1:14-CV-06509 (filed August 22, 2014) and *Collison v. Schrock, et al.*, C.A. No. 1:14-CV-07011 (filed September 10, 2014), which were consolidated before this Court on October 15, 2014; and *Tri-State Joint Fund v. Integrys Energy Group, Inc., et al.*, C.A. No. 1:14-CV-06816 (the "*Tri-State* Action") (filed September 3, 2014), which was reassigned to this Court on December 11, 2014 (the *Steiner*, *Collison* and *Tri-State* Actions are referred to herein collectively as the "Federal Actions," and together with the other lawsuits referred to above, the "Actions"; all plaintiffs in the Actions are collectively referred to herein as "Plaintiffs," and counsel to Plaintiffs collectively are referred to herein as "Plaintiffs' Counsel");

WHEREAS, the Actions sought, among other things, to enjoin completion of the Merger and an award of costs and attorneys' fees. All of the actions which the above-listed plaintiffs continue to prosecute—the State Actions and the Federal Actions—have alleged that the Preliminary Proxy and/or Registration Statement is materially deficient. All of the actions except the *Tri-State* Action also allege that the members of Integrys' Board of Directors breached their fiduciary duties in connection with the Proposed Acquisition and that Wisconsin Energy aided and abetted those alleged

breaches. The plaintiff in the *Tri-State* Action alleges federal securities laws claims and also names Gale E. Klappa, Wisconsin Energy's Chief Executive Officer, as a defendant;

WHEREAS, on August 13, 2014, Wisconsin Energy filed with the U.S. Securities and Exchange Commission ("SEC") a Form S-4 registration statement containing a preliminary joint proxy statement/prospectus (the "Preliminary Proxy");

WHEREAS, on October 3, 2014, the plaintiffs in the *Amo* Action filed a Class Action Amended Complaint (the "Amended Complaint") adding allegations that the Integrys Director Defendants breached their fiduciary duties by failing to disclose in the Registration Statement material information in connection with the Merger and that Wisconsin Energy and Integrys aided and abetted those alleged breaches;

WHEREAS, on October 8, 2014, the Defendants moved to dismiss the *Steiner* and *Collison* Actions in this Court;

WHEREAS, in October 2014, the Defendants moved to dismiss all counts of the *Amo* and *Inman* complaints pending in the State Court Actions;

WHEREAS, on October 26, 2014, Plaintiffs in the State Actions communicated to Defendants a confidential settlement communication, wherein they demanded, among other things, certain supplemental disclosures to be made to shareholders in advance of the shareholder votes as a basis for settlement;

WHEREAS, on October 30, 2014, Defendants produced to Plaintiffs in the State Actions, on a confidential "attorneys' eyes only" basis, minutes of the meetings of the Integrys Board of Directors (the "Integrys Board") and materials prepared for those meetings, including presentations and analyses prepared by Integrys' financial advisor, Lazard Frères & Co. ("Lazard");

WHEREAS, Plaintiffs' Counsel conducted an investigation and obtained discovery that included, among other things, a review of publicly available documents relating to the Merger, and a review of confidential internal documents produced by Integrys, including board minutes and board materials related to the Merger;

WHEREAS, in early November 2014, the respective counsel for Plaintiffs and Defendants engaged in arm's-length negotiations and agreed to various supplemental disclosures that Plaintiffs' and their counsel demanded be provided prior to the stockholder vote on the Merger (the "Additional Disclosures");

WHEREAS, on November 12, 2104, the Parties executed a Memorandum of Understanding ("MOU") memorializing their agreement-in-principle for the settlement of the Actions, subject to approval of the appropriate courts, and reflecting the Additional Disclosures agreed to by the parties and contemplating that Plaintiffs would undertake confirmatory discovery;

WHEREAS, later on November 12, 2014, as contemplated by the MOU, Integrys filed with the SEC a Current Report on Form 8-K ("Form 8-K"), which contained the Additional Disclosures;

WHEREAS, on November 21, 2014, Integrys shareholders and Wisconsin Energy shareholders voted to approve the Merger;

WHEREAS On February 9, 2015, Plaintiffs' Counsel took the confirmatory deposition of George Bilicic, Lazard's senior banker who advised the Integrys Defendants regarding the Proposed Acquisition, and on February 25, 2014, Plaintiffs' Counsel took the confirmatory deposition of Charles A. Schrock, Integrys' Chief Executive Officer and the Chairman of Integrys' Board of Directors;

WHEREAS, on June 29, 2015, following the conclusion of a regulatory approval process, Integrys and Wisconsin Energy consummated the Merger;

WHEREAS, on July 31, 2015, the parties entered into a Stipulation pursuant to which they agreed that the Federal Actions would be dismissed with prejudice based on the parties' application with this Court within five calendar days of the dismissal of the State Actions by the entry of an Order and Final Judgment in the Milwaukee County Circuit Court;

WHEREAS, on December 17, 2015, the Milwaukee County Circuit Court, following notice and a hearing, entered an Order and Final Judgment (attached hereto as Exhibit A) which, among other things, certified a non-opt-out class action, approved a settlement that released the claims asserted in the State Actions, and permanently enjoined further prosecution of the all claims released in the Order and Final Judgment.

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the Federal Actions are dismissed with prejudice, with all parties to bear their own costs and expenses.

Dated: December 21, 2015

By:

s/Bryan B. House
_____
Bryan B. House
**FOLEY & LARDNER LLP**
777 East Wisconsin Ave.
Milwaukee, WI 53202-5306
Tel: (414) 271-2400


*Attorneys for Defendants Integrys Energy Group, Inc., Charles A Schrock, William J. Brodsky, Albert J. Budney, Jr., Ellen Carnahan, Michelle L. Collins, Kathryn M. Hasselblad-Pascale, John W. Higgins, Paul W. Jones, Holly Keller Koeppel, Michael E. Lavin, William F. Protz, Jr.*

By:

s/E. King Poor
_____
Donald K. Schott
Mathew J. Splitek
**QUARLES & BRADY LLP**
33 East Main Street, Suite 900
Madison, WI 53703-3095
Tel: (608) 251-5000

E. King Poor
Christopher J. Zdarsky
300 North LaSalle Street, Suite 4000
Chicago, IL 60654
Tel: 312-715-5000
Fax: 312-715-5155

*Counsel for Wisconsin Energy Corporation and Gale E. Klappa*


By:

s/Patrick V. Dahlstrom
_____
Patrick V. Dahlstrom, Esq.
**POMERANTZ LLP**
10 South LaSalle Street, Suite 3505
Chicago, IL 60603
Tel: (312) 377-1181
Fax: (312) 377-1184

*Counsel for Plaintiffs Steiner and Collison*

By:

s/Theodore B. Bell
_____
Theodore B. Bell
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
55 West Monroe Street, Suite 1111
Chicago, IL 60603
Tel: (312) 984-0000
Fax: (312) 984-0001

*Counsel for Plaintiff Tri-State Joint Fund*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT**

| | |
|---|---|
| BENNETT R. COLLISON, Derivatively and on Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CHARLES A. SCHROCK, et al., <br><br> Defendants, | Civil Action No. 1:14-cv-07011 |
| WILLIAM STEINER, derivatively on behalf of nominal defendant INTEGRYS ENERGY GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALBERT J. BUDNEY, JR., et al., <br><br> Defendants, | Civil Action No. 1:14-cv-06509 |
| TRI-STATE JOINT FUND, on Behalf of Itself and Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> INTEGRYS ENERGY GROUP, INC., et al., <br><br> Defendants. | Case No. 1:14-cv-6816 |

**(PROPOSED) ORDER OF DISMISSAL WITH PREJUDICE**

      Based on the foregoing stipulation of the parties, IT IS ORDERED that the Federal Actions are dismissed with prejudice, with all parties to bear their own costs and expenses.

      Dated at _____, this \_\_\_\_ day of _____, 2015.

_____
Honorable Manish S. Shah
U.S. District Judge